IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MARIA C. RUELAS,                          )
                                          )
          Plaintiff,                      )   TC-MD 110993D
                                          )
     v.                                   )
                                          )
DEPARTMENT OF REVENUE,                    )
State of Oregon,                          )
                                          )
          Defendant.                      )   **DECISION OF DISMISSAL**

This matter is before the court on Defendant's motion to dismiss, filed November 2, 2011, and renewed on December 14, 2011, stating that Plaintiff failed to file a timely appeal.

Defendant's motion to dismiss was discussed at the initial case management conference held November 21, 2011. Plaintiff appeared on her own behalf. Kevin Cole (Cole), tax auditor, appeared on behalf of Defendant.

During the conference, the parties agreed that Plaintiff is appealing Defendant's Notice of Proposed Refund Adjustment, dated April 19, 2011, denying the working family child care credit and child care credit claimed by Plaintiff. (*See* Ptf's Compl at 2.) Defendant denied Plaintiff's written objections in its letter dated June 16, 2011. (*Id.*) Defendant's June 16, 2011, letter stated that Plaintiff had 90 days from the date of the letter to file an appeal with the Tax Court.

In its motion to dismiss, Defendant stated that Plaintiff's Complaint was postmarked September 16, 2011. (Def's Ans at 1.) Defendant stated that the "appeal deadline is September 14, 2011," and explained how it computed the deadline. (*Id.*) During the conference, Plaintiff stated that she mailed her complaint in July and had proof of mailing. The court allowed Plaintiff 14 days to submit her proof of mailing to Defendant.

On December 14, 2011, Defendant's representative, Kevin Cole, wrote to the court,

DECISION OF DISMISSAL  TC-MD 110993D                                          1

stating that as of that date Plaintiff had not contacted Defendant nor corresponded with Defendant. Defendant renewed its request that its motion to dismiss be granted. (Def's Ltr at 1, Dec 14, 2011.)

As of this date, Plaintiff has not responded to Defendant's motion to dismiss or communicated with the court or Defendant. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of December 2011.


_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on December 21, 2011. The Court filed and entered this document on December 21, 2011.*